ORIGINAL

1  EAY_F.ter

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00117 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| FLORENCE FERMIN EAY, ) | |
| Defendant, ) | |
| AGBAYANI CONSRUCTION CORP., ) | |
| Garnishee. ) | |

On or about March 16, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about August 29, 2005, our office

//
//
//
//
//
//

confirmed with the garnishee that defendant is no longer employed with them and her final day was June 30, 2005. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant FLORENCE FERMIN EAY.

DATED this 7th day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney