LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 12 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FLORENCE FERMIN EAY,<br><br>　　　　Defendant,<br><br>AGBAYANI CONSTRUCTION CORP.,<br><br>　　　　Garnishee. | CRIMINAL CASE NO. 99-00117<br><br>**O R D E R** |

Based upon the Plaintiff's, Motion to Terminate Writ of Continuing Garnishment, the Court hereby orders the Writ of Continuing Garnishment terminated.

SO ORDERED this  12  day of October, 2005.

_____
MICHAEL J. BORDALLO*
United States District Judge

---

*The Honorable Michael J. Bordallo, United States District Judge by designation.

**ORIGINAL**