ORIGINAL

1  EAY_F.facg

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215



7  Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00117 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT |
| FLORENCE FERMIN EAY, | ) | |
| Defendant, | ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  Agbayani Construction Company
     Attn.: Payroll
     P.O. Box 4366 AAFB
     Yigo, Guam 96929

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about May 16, 2005, $1,300.95 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this ___7th___ day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2000Z00180

DEBTOR: Eay, Florence Fermin
COLLECTION TYPE: 6B
BALANCE AS OF June 24, 2005:   $148,117.31

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 04-MAY-2005 | GC/H | 0026328 | 9268992532 | $ 260.19 |
| 10-MAY-2005 | GC/H | 0026366 | 00802232 | 260.19 |
| 27-MAY-2005 | GC/H | 0026471 | 00807173 | 260.19 |
| 10-JUN-2005 | GC/H | 0026550 | 00813980 | 260.19 |
| 24-JUN-2005 | GC/H | 0026635 | 00818590 | 260.19 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:   **$1,300.95**