ORIGINAL

EAY_F.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FLORENCE FERMIN EAY, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> AGBAYANI CONSTRUCTION CORP., ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 99-00117 <br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment, Order** and **Final Accounting Upon Termination Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on _October 17, 2005_.

MICHELLE PEREZ