**EAY_F.taxgar2**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam   96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FLORENCE FERMIN EAY,<br><br>Defendant,<br><br>DEPARTMENT OF REVENUE<br>   AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>Garnishee. | CRIMINAL CASE NO. 99-00117<br><br>**ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT WRIT OF GARNISHMENT** |

<u>ORDER</u>

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Garnishment against Defendant Judgment Debtor FLORENCE FERMIN EAY in the above cited action.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 07, 2008**