**EAY_F.TaxGarSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00117 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| FLORENCE FERMIN EAY, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |
| | ) | |
| DEPARTMENT  OF REVENUE | ) | |
| AND TAXATION, | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

I hereby certify that on **May 1, 2008**, I electronically filed **Application for Writ of Garnishment** and on **May 8, 2008**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed copies of the following:  **Application for Writ of Garnishment, Order Granting**

//

//

1 **Court Approval for the District Court Clerk to Issue a Writ of Garnishment, Writ of**

2 **Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's**

3 **Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-**

4 **Judgment Debtor on How to Claim Exemptions** were sent to defendant by mail at his last

5 known address and to the garnishee by personal service  on **May 13, 2008**.

6

7                                        LEONARDO M. RAPADAS
                                        United States Attorney
8                                        Districts of Guam and the NMI

9

10 DATED:    05/16/08            By:    /s/ Jessica F. Cruz
                                        JESSICA F. CRUZ
11                                       Assistant U.S. Attorney
                                        Jessica.F.Cruz@usdoj.gov
12                                       MIKEL W. SCHWAB
                                        Assistant U.S. Attorney
13                                       mikel.schwab@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      - 2 -