**EAY_F.wdraw**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00117 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO WITHDRAW WRIT OF GARNISHMENT** |
| FLORENCE FERMIN EAY, ) | |
| Defendant, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

On or about May 7, 2008, a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On May 28, 2008, the Garnishee filed an Answer notifying the Court that Defendant FLORENCE FERMIN EAY last filed a tax return in 2007 and no funds were due and owing to the defendant.

//

//

//

1  WHEREFORE, Plaintiff respectfully requests that the Court withdraw the Writ of
2  Garnishment against Defendant FLORENCE FERMIN EAY and Garnishee Department of
3  Revenue and Taxation, Government of Guam.
4  DATED this 9th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov